## 1367. TURNER v. THE STATE.

HILL, C. J. 1. The showing for a continuance, based on the absence of a witness, did not measure up to the requirements of the Penal Code, § 962, and was properly overruled.

2. No other error of law is assigned, and the verdict is supported by the evidence.          *Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of Dawson—Judge Edwards. August 1, 1908.

Submitted October 8,—Decided October 26, 1908.

*Marlin & Hoyl,* for plaintiff in error.

*M. J. Yeomans, solicitor,* contra.